IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **03-cr-60-JLK**

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**JOSEPH MARION AZNICK,**

    Defendant.

## ORDER ITERATING TERMS AND CONDITIONS OF SUPERVISED RELEASE

Kane, J.

Consistent with the Sentencing Hearing held on December 2, 2008, and in addition to the sentence imposed on the record at that hearing, the court sets forth the terms and conditions of supervised release. Following his term of imprisonment, the defendant shall be placed on supervised release for a period of 25 months. Within 72 hours of release from the custody of the Bureau of Prisons, the defendant shall report in person to the probation office in the district to which the defendant is released. While on supervised release, the defendant shall not commit another federal, state or local crime, shall not illegally possess controlled substances, shall not possess a firearm or destructive device, and shall comply with the standard conditions as adopted by the court. The defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.

Additionally, the following original special condition of supervised release is imposed:

1. The defendant shall participate in a program of testing and treatment for drug and alcohol abuse, as directed by the probation officer, until he is released from the program by the probation officer. While participating in this program, he shall abstain from the use of alcohol or other intoxicants. He shall pay all costs associated with this program.

Dated this 18th day of December, 2008.

BY THE COURT:

*S/John L. Kane*
John L. Kane, Senior Judge
United States District Court